UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARA M. CALIXTE,<br><br>                    Plaintiff,<br><br>     -against-<br><br>THE CITY OF NEW YORK; POLICE SERGEANT CHRISTOPHER ROSA; and POLICE SPECIAL OFFICER NATASHA BLOUNT,<br><br>                    Defendants. | 1:20-CV-1062 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

      In response to the Court's Order of October 19, 2020, counsel for the City of New York advises that the Law Department "is willing to accept service on behalf of defendants Rosa and Blount, and has received authorization from those defendants to do so." ECF No. 18, at 2. In view of the fact that Plaintiff is proceeding *pro se* and that the Second Amended Complaint was already served (via ECF) on the Law Department, the Second Amended Complaint is hereby deemed served on Defendants Rosa and Blount, effective today. If counsel for the City of New York has any objection to that, it shall file a letter to that effect by October 28, 2020, and advise the Court in what manner the Law Department proposes to be served by the U.S. Marshals Service. Otherwise, Defendants shall answer or otherwise respond to the Second Amended Complaint within three weeks of the date of this Order.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when seeking review of a nonfrivolous issue).

      As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 3, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 27, 2020
       New York, New York

                                                    JESSE M. FURMAN
                                               United States District Judge