```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SHARA M. CALIXTE,                                                 :
                                                                  :
                           Plaintiff,,                            :
                                                                  :         20-CV-1062 (JMF)
          -v-                                                     :
                                                                  :              ORDER
THE CITY OF NEW YORK et al.,                                      :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Attorneys Joshua Margolin, Amy Nemetz, and Babak Ghafarzade of Selendy & Gay PPLC entered an appeared on behalf of Plaintiff Shara M. Calixte for the limited purpose of assisting with depositions. *See* ECF Nos. 31, 32, 41.

As depositions are now complete, counsel shall file a letter no later than **December 17, 2021**, either indicating that they are willing and able to assist Calixte in responding to Defendants' motion for summary judgment, filed on December 13, 2021, *see* ECF No. 47, or requesting leave to withdraw.

Either way, Plaintiff's opposition to the motion for summary judgment shall be filed by **January 14, 2022**, and any reply shall be filed by **January 21, 2022**.

The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: December 14, 2021
      New York, New York
                                                      JESSE M. FURMAN
                                                     United States District Judge